| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**STRAFFI & STRAFFI, LLC**<br>670 Commons Way<br>Toms River, NJ08755<br>(732) 341-3800<br>bktrustee@straffilaw.com<br>Attorney for Plaintiff/Trustee | Order Filed on October 14, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Eagle Roadways, Inc.<br><br>Straffi v. JPMorgan Chase Bank, N.A.<br><br>Debtor(s). | Case No.: 21-01074/KCF<br><br>Adv. No.: 21-01316/KCF<br><br>Hearing Date: October 19, 2021 at 10:00 am<br><br>Judge: Honorable Kathryn C. Ferguson |

## ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two (2) through ____n/a____ is hereby **ORDERED**.

**DATED: October 14, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Pg. 2)
Debtor: Eagle Roadways, Inc.
Case No: 21-10174/KCF
Adv. Case: Straffi v. JPMorgan Chase Bank, N.A.
Adv. No: 21-01316/KCF

_____

## ORDER APPROVING SETTLEMENT

Upon consideration of application of Daniel E. Straffi, Esq., Trustee; and creditors having been served with the Notice of Proposed Settlement of Controversy; and the Court having received no objections thereto; and for good cause shown; it is hereby

**ORDERED** as follows:

1. That the proposed settlement set forth in the Notice of Settlement of Controversy attached hereto is hereby approved;

2. That the Trustee is authorized to sign all documents as are necessary to effectuate the settlement; and

3. That the Trustee shall serve a copy of this Order on all parties in interest within five (5) days of the date hereof.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Eagle Roadways, Inc.
Case No: 21-10174/KCF
Straffi v. JPMorgan Chase Bank, N.A.
Adv. Case No: 21-01316/KCF

Case No.: __21-01316/KCF__
Chapter: __7__
Judge: __KCF__

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Daniel E. Straffi_____, ____Trustee_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:   United States Bankruptcy Court
Office of the Clerk
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Kathryn C. Ferguson_____ on _October 19, 2021_____ at _10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___2___, _402 East State Street, Trenton, NJ 08608_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: The Trustee filed an adversary proceeding against Defendant, JPMorgan Chase Bank, N.A. (hereinafter "Chase") for turnover of debtor's funds under §542 of the United States Bankruptcy Code. The Trustee also sought attorneys fees, costs and damages. Chase has heretofore turned over to the Trustee all of the debtor's funds it had held on deposit and seeks to resolve any further matters involving or related to the Trustee's cause of action while, nevertheless, denying generally the Trustee's claims.

Pertinent terms of settlement: The Trustee and Chase in full settlement of all claims for attorney fees, costs and other damages arising out of the pending adversary proceeding have agreed that Chase shall pay the Trustee the sum of $3,800.00. The Trustee will execute and file a Stipulation of Dismissal of all claims against Chase in the adversary proceeding with prejudice upon payment. The Trustee believes the settlement is fair and reasonable given the risks and costs of litigation.

Objections must be served on, and requests for additional information directed to:
Name: _Daniel E. Straffi, Esq._____
Address: _670 Commons Way, Toms River, NJ 08755_____
Telephone No.:_(732) 341-3800_____

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10174-KCF |
| Eagle Roadways, Inc. | Chapter 7 |
|    Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 17, 2021 | Form ID: pdf905 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eagle Roadways, Inc., 860 King George Road, Unit 2B, Fords, NJ 08863-1976 |
| auc | + | AJ Willner Auctions LLC, 81 Hamburg Turnpike, Riverdale, NJ 07457-1167 |
| acc | + | BEDERSON, LLP,, 347 Mount Pleasant Avenue, West Orange, NJ 07052-2749 |
| cr | + | Goldberg & Wolf, 1949 Berlin Road, Suite 201, Cherry Hill, NJ 08003, UNITED STATES 08003-2077 |
| cr | + | Maersk Agency U.S.A., Inc., c/o Bryan D. Press, Esq., Metro Group Maritime, 49 W Mt Pleasant Ave, #2371, Livingston, NJ 07039-7085 |
| cr | + | SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A., c/o Saldutti Law Group, 800 N. Kings Highway Suite 300, Cherry Hill, NJ 08034-1511 |
| 519069903 | + | Bhupinder Singh, 860 King George Road, Unit 2B, Fords, NJ 08863-1976 |
| 519108218 | + | Boris Kun & Leo Pechyony PTR, 32 Bradford Road, East Brunswick, NJ 08816-4307 |
| 519267553 | + | Bryan D Press, PO BOX 246, FAIR LAWN, NJ 07410-0246 |
| 519141200 | + | Bryan D. Press, Esq., Metro Group Maritime, 49 W. Mount Pleasant Ave., Box #2371, Livingston, NJ 07039-7085 |
| 519141204 | + | Bryan D. Press, Esq., Metro Group Maritime, 49 W. Mount Pleasant Ave., Box 2371, Livingston, NJ 07039-7085 |
| 519141255 | + | Bryan David Press, Metro Group Maritime, 49 W. Mount Pleasant Ave., Box 2371, Livingston, NJ 07039-7085 |
| 519267573 | + | Bryan David Press, PO BOX 246, FAIR LAWN, NJ 07410-0246 |
| 519150108 | + | CSC, 801 Adlai Stevenson Drive, Springfield, IL 62703-4261 |
| 519069904 | + | Chase Bank, 370 New Brunswick Avenue, Attn Bank Levies, Ford, NJ 08863-2141 |
| 519069906 | + | Chase Bank - EIDL, 370 New Brunswick Avenue, Attn Bank Levies, Ford, NJ 08863-2141 |
| 519150107 | + | Corporation Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 519138524 | + | Evergreen Shipping Agency, Miles Corp., 3050 West Clay Street, Suite 300, Saint Charles, MO 63301-1126 |
| 519138523 | + | Evergreen Shipping Agency, 1 Evertrust Plaza, Jersey City, NJ 07302-3085 |
| 519115530 | + | Gadi Dotz, Gene Rosen's Law Firm - A Professional C, 200 Garden City Plaza, Suite 405, Garden City, NY 11530-3338 |
| 519150109 | + | Global Merchant Cash Inc., 64 Beaver Street, Suite 415, New York, NY 10004-2508 |
| 519069908 | + | Global Merchant Cash, Inc., 30 Broad Street, 14th Floor, New York, NY 10004-2906 |
| 519140191 | + | Goldberg & Wolf, 1949 Berlin Road, Ste 201, Cherry Hill, NJ 08003-2077 |
| 519150854 | + | Hapag-Lloyd (America) LLC, 399 Hoes Lane, Piscataway, NJ 08854-4115 |
| 519069909 | + | Interpool, Inc. d/b/a TRAC Intermodal, 211 College Road East, Princeton, NJ 08540-6610 |
| 519112686 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519069910 | + | LG Funding LLC, 1218 Union Street, Suite 2, Brooklyn, NY 11225-1512 |
| 519069913 | + | MSC Mediterranean Shipping Company, 700 Watermark Blvd, Mount Pleasant, SC 29464-5729 |
| 519069911 | | Maersk Line, Maersk Agency USA, Inc., 9300 Arrowpoint Boulevard, Charlotte, NC 28273-8136 |
| 519069912 | | Middlesex County Superior Court, Law Division, 56 Paterson Street, 3rd Floor, PO Box 1146, New Brunswick, NJ 08903-1146 |
| 519150853 | + | Milestone, Miles Corp., 3050 West Clay Street, Suite 300, Saint Charles, MO 63301-1126 |
| 519150855 | | New York Department of, Taxation & Finance, Audit Div-Desk Audit, WA Harriman Campus, Albany, NY 12227-0001 |
| 519163349 | | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 519138526 | + | Ocean Network Express, 8730 Stony Point Pkwy, Richmond, VA 23235-1970 |
| 519138527 | + | Ontime Distribution, Inc., c/o MD Ahsan Habib, Esq., 3561 DeKalb Ave. #11, Bronx, NY 10467-1154 |
| 519069914 | + | Peter J Gallagher, FERRO LABELLA & WEISS, LLC, 27 Warren Street, Hackensack, NJ 07601-8916 |
| 519069915 | + | Robert L Saldutti, Esquire, SALDUTTI LAW GROUP, 800 N Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 519109027 | + | Santander Bank, N.A., c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| 519269115 | + | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 519069916 | + | Santander Bank, NA, 555 High Street, Unit 2, Mount Holly, NJ 08060-1062 |
| 519150110 | | Seven Oaks Capital Associates LLC 7854, Anselmo Lane, Baton Rouge, LA 70810 |

Case 21-10174-KCF    Doc 92    Filed 09/19/21    Entered 09/20/21 00:13:48    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2021 | Form ID: pdf905 | Total Noticed: 56 |

| | | |
|---|---|---|
| 519143803 | + | Shanna M. Kaminski, 40950 Woodward Ave., Ste. 100, Bloomfield Hills, MI 48304-5124 |
| 519069917 | + | Superior Court of New Jersey, Burlington County Law Division, 49 Rancocas Road, Mount Holly, NJ 08060-1384 |
| 519150111 | | US Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 519069918 | + | Wall Funding, 30 Broad Street, 14th Floor, New York, NY 10004-2906 |
| 519138528 | #+ | Yang Ming (America) Corporation, 13131 Dairy Ashford Road, Suite 300, Sugal Land, TX 77478-4531 |
| 519069919 | + | Yes Lender, LLC, 99 Wall Street, Suite 686, New York, NY 10005-4301 |
| 519138529 | + | ZIM, American Integrated Shipping Services, 1110 S Avenue, Suite 404, Staten Island, NY 10314-3411 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 17 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 17 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Sep 17 2021 20:34:00 | A. Atkins Appraisal Company, 122 Clinton Road, Fairfield, NJ 07004-2900 |
| 519069907 | | Email/Text: jan.faulkner@dcli.com | Sep 17 2021 20:34:00 | Direct Chassislink, Inc., 3525 Whitehall Park Drive, Suite 400, Charlotte, NC 28273 |
| 519076591 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2021 20:34:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519069905 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 17 2021 20:42:46 | Chase Bank - Corporate Office, Attn: Bank Levies, PO Box 182051, Columbus, OH 43218 |
| 519138522 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 17 2021 20:42:57 | Chase Card, PO Box 6294, Carol Stream, IL 60197 |
| 519196168 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 17 2021 20:34:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519138525 | *+ | MSC Mediterranean Shipping Company, 700 Watermark Blvd., Mount Pleasant, SC 29464-5729 |
| cr | ##+ | Mediterranean Shipping Company (USA) Inc., 9701 W. Higgins Road, 6th Fl., Attn: Claudio Bozzo, Rosemont, IL 60018-4773 |
| 519245911 | ##+ | Complete Business Solutions Group, Inc., 20 N. 3rd Street, Philadelphia, PA 19106-2118 |
| 519150106 | ##+ | Complete Business Solutions Group, Inc., 22 North 3rd Street, Philadelphia, PA 19106-2113 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2021        Signature:        /s/Joseph Speetjens

Case 21-10174-KCF    Doc 92    Filed 09/19/21    Entered 09/20/21 00:13:48    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2021 | Form ID: pdf905 | Total Noticed: 56 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan D. Press | on behalf of Auctioneer AJ Willner Auctions LLC bpress1984@gmail.com |
| Bryan D. Press | on behalf of Creditor Maersk Agency U.S.A. Inc. bpress1984@gmail.com |
| Bryan D. Press | on behalf of Creditor Mediterranean Shipping Company (USA) Inc. bpress1984@gmail.com |
| Bryan D. Press | on behalf of Creditor Ocean Network Express (NA) Inc. bpress1984@gmail.com |
| Daniel E. Straffi | on behalf of Plaintiff Daniel E. Straffi Trustee bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Appraiser A. Atkins Appraisal Company bktrustee@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | bktrustee@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Auctioneer AJ Willner Auctions LLC bktrustee@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Margaret Mcgee | on behalf of Auctioneer AJ Willner Auctions LLC maggie.mcgee@usdoj.gov |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Peter Gallagher | on behalf of Auctioneer AJ Willner Auctions LLC pgallagher@ferrolabella.com |
| Peter Gallagher | on behalf of Creditor Interpool Inc. d/b/a Trac Intermodal pgallagher@ferrolabella.com |
| Rebecca K. McDowell | on behalf of Creditor SANTANDER BANK N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com |
| Rebecca K. McDowell | on behalf of Auctioneer AJ Willner Auctions LLC rmcdowell@slgcollect.com |
| Steven J Sico | on behalf of Auctioneer AJ Willner Auctions LLC sjs@stevensico.com stevensico@gmail.com;casedriverecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com |
| Steven J Sico | on behalf of Debtor Eagle Roadways Inc. sjs@stevensico.com, stevensico@gmail.com;casedriverecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Wolf | on behalf of Auctioneer AJ Willner Auctions LLC wwolf@goldbergwolf.com |
| Warren S. Wolf | on behalf of Creditor Goldberg & Wolf wwolf@goldbergwolf.com |

TOTAL: 20